Steven P. Knowlton, Esq.
LOCKS LAW FIRM, PLLC
747 Third Avenue 37th Floor
New York, New York 10017
Telephone: (212) 838-3333
Facsimile: (212) 838-3735
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No.: 1699<br><br>District Judge: Charles R. Breyer |

| | |
|---|---|
| MICHELE SHARON CARDAMONE,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br>Defendants. | Case No. CRB-05-4777<br><br><br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed by and amongst the parties that all Counts of Plaintiff's Complaint and any and all Claims and Cross-Claims are here voluntarily dismissed without Prejudice and without costs as to all defendants.

LOCKS LAW FIRM, LLC
Attorney for Plaintiff, Michele Sharon Cardamone

By: _____
Steven P. Knowlton, Esquire

Dated: 3/23/09

Attorney for Defendants, Pfizer, Inc., Pharmacia Corp., and G.D. Searle, & Co.

By: _____
Printed Name: Michelle W. Sadowsky

Dated: 03/24/09

IT IS SO ORDERED.

Dated: April 27, 2009

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer